# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**K.J. BRUBAKER, M.C. HOLIFIELD, J.S. SMITH**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

v.

**LANE A. WILSON**
**LANCE CORPORAL (E-3), U.S. MARINE CORPS**

**NMCCA 201500254**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged**: 14 April 2015.
**Military Judge**: Col J.K. Carberry, USMC.
**Convening Authority**: Commanding Officer, 1st Battalion, 12th Marines, MCBH Kaneohe Bay, HI.
**Staff Judge Advocate's Recommendation**: Maj T.S. Taylor, USMC.
**For Appellant**: Maj Emmett S. Collazo, USMCR.
**For Appellee**: Mr. Brian K. Keller, Esq.

**15 December 2015**

---

## OPINION OF THE COURT

---

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court